

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6044

18 U.S.C. 1951
18 U.S.C. 2

**CR-FERGUSON**

MAGISTRATE JUDGE
SNOW

UNITED STATS OF AMERICA,

　　　　　Plaintiff,

v.

JESSE LELAND BRIGGS,

　　　　　Defendant.
_____/

## INFORMATION

The United States Attorney charges that:

From in or about March, 1997, to in or about April, 1997, at Broward County, in the Southern District of Florida, the defendant,

　　　　　JESSE LELAND BRIGGS,

did knowingly and intentionally obstruct, delay and affect interstate commerce by extortion, that is, to obtain the continued services of plumbing contractor Michael Wall and architect Keith Macneir regarding the construction of the Yellow Strawberry Hair Salon West, located at Plantation Fashion Mall,



321 North University Drive, Plantation, Florida, by the wrongful use of threatened force, violence and fear.

All in violation of Title 18, United States Code, Sections 1951 and 2.

_____
THOMAS E. SCOTT
UNITED STATES ATTORNEY

_____
T. BRIAN MCCORMICK
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA          CASE NO. _____

V.

JESSE LELAND BRIGGS               **Superseding Case Information:**

**Court Division:** (Select One)          New Defendant(s)      Yes ___   No ___
                                          Number of New Defendants   ___
___ Miami    ___ Key West                 Total number of counts     ___
_X_ FTL      ___ WPB   ___ FTP

I do hereby certify that:

1.  I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.  I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.  Interpreter:    (Yes or No) _No_____
    List language and/or dialect  _____

4.  This case will take __0__ days for the parties to try.

5.  Please check appropriate category and type of offense listed below:
    (Check only one)                          (Check only one)

    I    0 to 5 days          _X_       Petty         ___
    II   6 to 10 days         ___       Minor         ___
    III  11 to 20 days        ___       Misdem.       ___
    IV   21 to 60 days        ___       Felony        ___
    V    61 days and over     ___

6.  Has this case been previously filed in this District Court? (Yes or No) _No_
    If yes:
    Judge: _____   Case No. _____
    (Attach copy of dispositive order)

    Has a complaint been filed in this matter?    (Yes or No) _No_____
    If yes:
    Magistrate Case No. _____
    Related Miscellaneous numbers: _____
    Defendant(s) in federal custody as of _____
    Defendant(s) in state custody as of _____
    Rule 20 from the _____  District of _____

    Is this a potential death penalty case? (Yes or No) _____No_____

7.  Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _x_ No    If yes, was it pending in the Central Region? ___ Yes _x_ No

                                           _____
                                           Paul F. Schwartz
                                           ASSISTANT UNITED STATES ATTORNEY
                                           Court Bar No. A5500086

*Penalty Sheet(s) attached                                          REV.4/7/99

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# PENALTY SHEET

Defendant's Name:   Jesse Leland Briggs          No.: _____

Count # I:   18 U.S.C. 1951 & 2 - Intentionally obstruct, delay and affect interstate commerce by extortion

*Max Penalty: 20 YEARS' AND A $250,000.00 FINE

Count # :

*Max Penalty:

Count # :

*Max Penalty:

Count # :

*Max Penalty:

Count #:

*Max Penalty:

Count #:

*Max Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.**

REV. 12/12/96

BOND RECOMMENDATION SHEET

_____Jesse Leland Briggs_____
Defendant

$500,000.00 Corporate Surety Bond is recommended.

_____
Paul F. Schwartz
ASSISTANT UNITED STATES ATTORNEY
UNITED STATES FEDERAL COURTHOUSE
500 EAST BROWARD BOULEVARD, 7TH FL
FORT LAUDERDALE, FLORIDA  33394
COURT BAR NO. A5500086
TELEPHONE:  (954) 356-7392
FACSIMILE:  (954) 356-7230

Address of Defendant:
FDC Miami

Agent:
S/A Angela McCranie