AO 455 (REV. 5/85) Waiver of Indictment

# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

JESSE LELAND BRIGGS

**WAIVER OF INDICTMENT**

CASE NUMBER: 00-6044-CR-Ferguson

I, Jesse Leland Briggs, the above named defendant, who is accused of, in violation of Title 18, United States Code, Sections 1951 and 2, being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on 3/1/00 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Jesse Leland Briggs
Defendant.

Michael Gelety
Counsel for Defendant

Before _____
UNITED STATES DISTRICT JUDGE