UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6044-Cr-Ferguson

UNITED STATES OF AMERICA

vs

Jesse L. Briggs

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S Seltzer on _____, where the Defendant was arraigned and plea of NOT GUILTY was entered. Defendant and court-appointed/retained counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date

DEFENDANT:         Address: in custody
                   _____

                   Telephone: _____
DEFENSE COUNSEL:   Name: Michael Gelety, Esq
                   Address: _____
                   _____
                   Telephone: _____

BOND SET/CONTINUED:   $_____

Bond hearing held:  yes____  no____  Bond hearing set for_____

Dated this_____day of_____, 20___.

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK
By: _____
Deputy Clerk

Tape No. Reporter

cc: Clerk for Judge
    U. S. Attorney