UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6044-CR-FERGUSON

UNITED STATES OF AMERICA,
                    Plaintiff,                          **MINUTES**
          vs.                                    **CHANGE OF PLEA**

JESSE LELAND BRIGGS, (J)
                    Defendant.
_____

On March 1, 2000, the above-named defendant appeared in person before the Honorable WILKIE D. FERGUSON, JR., United States District Judge, with counsel Michael Gelety, Esq, appointed by the Court/retained by the defendant, and said defendant stated in open court that **he** desired to withdraw the plea of not guilty heretofore entered and desired to enter a plea of guilty as to the Information.  After the defendant was duly sworn, the Court made inquiry as to guilt.  The Court, being satisfied there was a factual basis for the plea, accepted the plea of guilty and found the defendant guilty as charged.

     Whereupon:

     ( )     The Court proceeded to pronounce sentence.

     (X)     The Court postponed sentencing until **5/12/00  at**
             9:00 a.m.,

     ( )     and the defendant was allowed to remain on present
             bond until then;

     ( )     and the defendant remanded to the custody of the
             U.S. Marshal until a $_____ bond is posted;

     (X)     and the defendant was remanded to the custody of the
             U.S. Marshal awaiting sentencing.


Judge Wilkie D. Ferguson, JR.
Reporter Paul Haferling
Clerk Troy T. Walker

