## SENTENCING MINUTES
### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

CASE # _00-6044-cr-WDF_

DEFENDANT _Jesse L. Briggs_

JUDGE_____WILKIE D. FERGUSON_____

Deputy Clerk_____TROY T. WALKER_____

DATE _April 18, 2000_

Court Reporter___Paul Haferling___

USPO_ D. Pratt_

AUSA_Paul Schwartz_

Deft's Counsel _Mr. Leletey, Esq._

COUNTS DISMISSED_____All Others_____

_____ Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited.

_____ Sentencing cont'd until___/___/___ at_____AM / PM

### JUDGMENT AND SENTENCE

_Right to Appeal_

| Imprisonment | Years | Months | Counts | |
|---|---|---|---|---|
| | | 27 | 1 | _concurrent w/99-6036-cr-Hurley_ |
| | — | — | — | |
| | — | — | — | |

Supervised Release _2 yrs_

| Probation | Years | Months | Counts |
|---|---|---|---|
| | — | — | _____ |
| | — | — | _____ |

Comments _The deft shall participate in an drug and/or Substance abuse program while encarserated._

Assessment $ _100.00_          Fine $ _None_

Restitution /Other _____

### CUSTODY

Remanded to the Custody of the U. S. Marshal Service _____ Release on bond pending appeal

_____Voluntary Surrender to (designated institution or U. S. Marshal Service) on ___/___/___

Commitment Recommendation: _That the deft is incarserated at a South Fla institute._