UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA          CASE NO:  00-6044-CR-FERGUSON

　　　　　v.

JESSE LELAND BRIGGS
_____/

### AGREED MOTION TO CORRECT JUDGMENT AND COMMITMENT

COMES NOW the Defendant, JESSE BRIGGS, by and through the undersigned attorney, and, after consulting with and with the agreement of Assistant U.S. Attorney Paul Schwartz, moves this Honorable Court for an Order correcting the Judgment and Commitment in this matter, to reflect the court's oral pronouncement, as understood by both the government and the defendant, that the court would recommend the defendant complete a substance abuse program (alcohol or drug program) while incarcerated under sentence of this court.

More specifically, the defendant would rely upon the following:

1. The defendant was sentenced by this court to a concurrent period of incarceration. At the sentencing hearing, it was recommended by this court, based upon the defendant's Presentence Investigation and his long history of drug and alcohol abuse (with the resultant emotional and psychological problems) that the defendant participate in a drug or alcohol program while incarcerated;

2. Unfortunately, there was an unforeseen delay (the Judgment and Commitment from the underlying West Palm Beach case being



delayed), which resulted in the defendant remaining at the F.D.C. in Miami for an inordinate amount of time. While remaining at the F.D.C., of course, the defendant was not designated to a final destination, and consequently, the matter of the drug program never arose;

3. The defendant was finally designated to the camp in Miami, and while being processed into the camp, it was brought to the defendant's attention, for the first time, that the Judgment and Commitment in this case did not reflect the recommendation of a drug program while incarcerated;

4. The Assistant U.S. Attorney, Paul Schwartz, and the Probation Officer involved, Deidre Pratt, agree that it was the understanding of the parties that not only would such a drug program and counseling be appropriate while the defendant is incarcerated, but it was the understanding that such drug program during incarceration was made part of the Judgment and Commitment.

WHEREFORE, this court is respectfully requested to order a corrected Judgment and Commitment in this matter, specifically, recommending and ordering that the defendant, JESSE BRIGGS, participate in a substance abuse program while incarcerated.

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 20th day of November, 2000 to Assistant U.S. Attorney Paul Schwartz at the U.S. Attorney's Office, 500 East Broward Boulevard, 7th Floor, Ft. Lauderdale, FL.

MICHAEL D. GELETY, ESQ.
1209 SE 3rd Avenue
Ft. Lauderdale, FL    33316
(954) 462-4600