UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA          CASE NO:  00-6044-CR-FERGUSON

          v.

JESSE LELAND BRIGGS
_____/

### NOTICE OF DEFENDANT'S WITHDRAWING OF MOTION TO CORRECT FINAL JUDGMENT

COMES NOW the Defendant, JESSE BRIGGS, by and through the
undersigned attorney, and files this notice withdrawing his
previously filed Motion to Correct Final Judgment, to include order
of drug program while incarcerated.

The Defendant has been designated by the Bureau of Prisons,
and has reached his institution of permanent incarceration in
Coleman, Florida.

It is the Defendant's intention to withdraw his Motion to
Modify the Final Judgment and Commitment in this matter, so his
current designation and placement is in no way jeopardized, changed
or modified.

WHEREFORE, the Defendant formally withdraws his previously
filed Motion to Modify the Final Judgment and Commitment in this
case.

I HEREBY CERTIFY that a true and correct copy of the foregoing
was mailed this 2nd day of January, 2001 to Assistant U.S. Attorney
Paul Schwartz at the U.S. Attorney's Office, 500 East Broward
Boulevard, 7th Floor, Ft. Lauderdale, FL.

_____
MICHAEL D. GELETY, ESQ.
1209 SE 3rd Avenue
Ft. Lauderdale, FL    33316
(954) 462-4600
Florida Bar #215473