UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,
    Plaintiff,

Vs.                    Case No. 00-6044-CR-FERGUSON

JESSE LELAND BRIGGS,
    Defendant.
_____/

FILED by _____ D.C.

MAR 3 0 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S/D OF FLA. FT. LAUD.

## ORDER DISMISSING MOTION AS MOOT

THIS MATTER is before the Court on the parties Agreed Motion To Correct Final Judgment, filed on November 24, 2000. On January 3, 2001, counsel for the defendant filed a Notice Withdrawing such motion, Therefore, it is

ORDERED AND ADJUDGED that the motion is ***Dismissed As Moot***.

DONE AND ORDERED at Fort Lauderdale, Florida this 29 7th day of March 20001.

WILKIE D. FERGUSON, JR.,
UNITED STATES DISTRICT JUDGE

copies:
Paul Schwartz, AUSA
Michael D. Gelety, Esq